**Dated: January 15, 2009 13:46:17**
**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)
David Byron Pierce )
Hollie Dean Pierce )
) CASE NO.: 07-11839 NLJ
)
)
DEBTORS. )  CHAPTER 13

## AGREED ORDER MODIFYING CHAPTER 13 PLAN AND RESOLVING TRUSTEE'S MOTION TO DISMISS

This matter comes on upon Debtor's Motion to Modify Chapter 13 Plan filed herein on October 16, 2008 and the Trustee's Motion to Dismiss filed herein on March 19, 2008. Service of the Motion to Modify was had on October 17, 2008, by mailing, as is certified in the Certificate of Mailing filed with the Court. No objections to said Motion have been filed within the ordinary twenty (20) day period, plus three (3) days for service by mail, the time allowed by Bankruptcy Rule 9006(f) and 2002(a)(6). Therefore, under Rule 9013(e), Local Rules for the United States Bankruptcy Court for the Western District of Oklahoma, said Motion is deemed confessed.

The Motion to Modify Chapter 13 Plan seeks to allow the Debtors' to cure the arrears by increasing their monthly plan payment. The motion also seeks attorney fees in the amount of $350.00.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above referenced Chapter 13 Plan shall be modified as follows:

1. The Debtors' shall be treated as current through September 2008;

2. The Debtors' will increase their monthly plan payment from $2,895.00 per month to $3,632.00 per month, beginning with the October 2008 payment and continuing for the remainder of the plan term to cure the arrears; and

3. Allow attorney fees of $350.00 to be paid to Deborah Brooks and Associates, P.C., at the rate of $75.00 per month, for time involved in the presentation of this motion.

The above modifications would not adversely affect the dividend paid to unsecured creditors. Further, these modifications would not extend the Plan term beyond sixty (60) months.

# # #

APPROVED FOR ENTRY:

DEBORAH BROOKS & ASSOCIATES, P.C.                CHAPTER 13 TRUSTEE

/s/ Deborah L. Brooks
Deborah L. Brooks OBA #015684
5500 N Western, Suite 130
Oklahoma City, OK 73118
(405) 840-6363
ATTORNEY FOR DEBTORS

/s/ Linda Ruschenberg
John Hardeman, Trustee
Linda Ruschenberg OBA #012842
Legal Counsel for Trustee
P.O. Box 1948
Oklahoma City, OK 73101-1948
(405) 236-4843

m:\wpdoc\P\PIERCE, DAVID ADN HOLLIE AGREED ORDER.WPD.