IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)
DAVID BYRON PIERCE ) CASE NO. 07-11839
HOLLIE DEAN PIERCE )
)
DEBTORS. ) CHAPTER 7

## NOTICE TO CONVERT CHAPTER 13 PROCEEDINGS TO CHAPTER 7

COME NOW the Debtors, David & Hollie Pierce, by and through their attorney of record, Deborah L. Brooks, represent as follows:

1.     The Debtors are no longer able to comply with their Chapter 13 Plan and do not desire to modify the Plan.

2.     The Debtors qualify under Chapter 7 of Title 11.

3.     Under 11 U.S.C. §1307(a), the Debtors may convert this Chapter 13 case to a case under Chapter 7 at any time, and the Debtors wish to convert this Chapter 13 case to a case under Chapter 7 at this time.

4.     Since the filing of their bankruptcy, the Debtors have suffered financial difficulties to current economy. Debtors income is part commissions. Due to the change in circumstances, the Debtors have determined it is not in their best interest to attempt to reorganize their secured debts.

Respectfully submitted this 30th day of March, 2010.

DEBORAH BROOKS & ASSOCIATES, P.C.

_____
DAVID BYRON PIERCE

_____
HOLLIE DEAN PIERCE

_____
Deborah L. Brooks   OBA #015684
5500 N. Western, Suite 130
Oklahoma City, Oklahoma 73118
(405) 840-6363
ATTORNEY FOR DEBTORS

ksw
m:\wpdoc\P\PIERCE, DAVID.ntc