UNITED STATES BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

In re:  
DAVID BYRON PIERCE  
HOLLIE DEAN PIERCE  
Debtor(s)

Case No.: 07-11839

Rule 2016(b) - Statement of Attorney Compensation Contract for Fees  
Chapter 7

Supplemental Statement of Attorney for Petitioner Pursuant to Bankruptcy Rule 2016(b)  
CONTRACT FOR FEES

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that

(1) The undersigned Debtor(s) wishes to retain the firm of Deborah Brooks & Associates, PC to continue as attorney of record in the above referenced case, post-conversion.

(2) The undersigned attorney is the attorney for the Debtor(s) in this case.

(3) In addition to any fees previously paid and disclosed to the Court, the following additional compensation paid or agreed to be paid by the Debtor(s) to the undersigned attorney is:

　　(a) for legal services rendered or to be rendered in connection with the converted case ....................................... $ 450.00  
　　(b) prior to conversion, Debtor(s) have paid ................... $ 450.00  
　　(c) the unpaid balance due for post-conversion services is ........ $ 0.00

(4) The $ 25.00 court cost for the Notice to Convert has been collected by Attorney from the Debtor(s) and paid the Court Clerk.

(5) The services rendered or to be rendered include the following:  
　　(a) Analysis of the financial situation, and rendering advice and assistance to the Debtor(s) in the converted case;  
　　(b) Mailing of the Notice to Convert, preparation and filing of the Declaration of Intent; and  
　　(c) Representation of the Debtor(s) at the Meeting of Creditors.

(6) The source of payments made by the Debtor(s) to the undersigned was from earnings, wages and compensation for services performed unless otherwise disclosed.

(7) The source of payments to be made by the Debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(8) The undersigned Attorney has not shared or agreed to share, with any other person, other than with members of their law firm or corporation, any compensation paid or to be paid except as follows: None

(9) Any service rendered post-conversion which is not covered by Attorney's fee of $450.00 shall be billed at a rate of $150.00 per hour, for Deborah L. Brooks and any Associate Attorney, $65.00 per hour for Legal Assistants. Services that are not covered in Attorney's estimated fee of $450.00 include, but are not limited to the following:

(1) adversary proceedings;
(2) appeals;
(3) defense of motions for relief from automatic stay;
(4) defense of claims of non-dischargeability;
(5) any other Court appearance not set forth above;
(6) amendments to any schedules;
(7) any objections to claims of exemption;
(8) any post-discharge or post-dismissal services; and
(9) student loan discharges.

Debtor has agreed to pay Attorney $450.00 prior to filing the conversion, which is the court cost for the Notice to Convert. In the event that the Debtor(s) does not complete the Chapter 7 or the case is dismissed, the total sum of $450.00 shall be non-refundable.

_____3/30/10_____   _____[signature]_____
Date                                        For the Firm

I/We, Hollie & David Pierce, have read and understood and agreed to the terms and conditions set forth in the foregoing document which outline the services required of Deborah Brooks & Associates, P.C.

Date: 3/25/2010    Debtor: [signature]

Date: 3/25/2010    Debtor: [signature]

DEBORAH BROOKS & ASSOCIATES, P.C.
Deborah L. Brooks OBA #015684
5500 N. Western, Suite #130
Oklahoma City, OK 73118
(405) 840-6363

Attorney for the Debtor(s)

ksw
m:\wpdoc\p\pierce, davidcfdo.wpd(wp10)