IN THE UNITED STATES BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA


DAVID BYRON PIERCE
HOLLIE DEAN PIERCE


SS#: XXX-XXX-7154
SS#: XXX-XXX-8314


BANKRUPTCY NO: 07-11839

CHAPTER 7

AMENDED SCHEDULE I & J


DEBORAH BROOKS & ASSOCIATES, P.C.

_____
Deborah L. Brooks, OBA #015684
5500 N. Western, Suite 130
Oklahoma City, Oklahoma 73118
(405) 840-6363

ATTORNEY FOR DEBTORS


DEBTORS' ADDRESS
6508 NW 109th
Oklahoma City, OK 73162

Official Form 6I (10/06)

In re **David Byron Pierce / Hollie Dean Pierce**, Debtor(s)     Case No. **07-11839**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): Step-Daughter, Son, Step-Son | AGE(S): 13, 6, 9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | New Car Sales Manager | Marketing Manager |
| Name of Employer | Fowler Honda | Pandora Jewelry LLC |
| How long employed | 2/07-Present | April 2010 -Start Date |
| Address of Employer | Norman, OK | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,000.00 | $ 1,833.33 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,000.00 | $ 1,833.33 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 781.51 | $ 348.33 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify)   See Detailed Income Attachment | $ 339.55 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,121.06 | $ 348.33 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,878.94 | $ 1,485.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 450.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 450.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,878.94 | $ 1,935.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ 4,813.94 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Mr. Pierce qualifies for bonuses, but has not received a bonus since August 2009 because sales are down.**

    **Mrs. Pierce will be starting a new job sometime in April. Her pay is estimated. She qualifies for a bonus plan after three months, bonuses are paid quarterly. The most she can receive is $1,040.00 quarterly.**

Official Form 6I (10/06)

In re  **David Byron Pierce**
      **Hollie Dean Pierce**                                    Case No. **07-11839**
                        Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| Insurance | $ 267.50 | $ 0.00 |
| Dental Insurance | $ 53.34 | $ 0.00 |
| Life Insurance | $ 18.71 | $ 0.00 |
| **Total Other Payroll Deductions** | $ 339.55 | $ 0.00 |

Official Form 6J (10/06)

In re **David Byron Pierce / Hollie Dean Pierce**   Case No. **07-11839**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 2,247.27 |
| a. Are real estate taxes included? Yes ___ No **X** | | | |
| b. Is property insurance included? Yes ___ No **X** | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 380.00 |
| b. Water and sewer | | $ | 200.00 |
| c. Telephone | | $ | 0.00 |
| d. Other **See Detailed Expense Attachment** | | $ | 379.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 75.00 |
| 6. Laundry and dry cleaning | | $ | 125.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 200.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 200.00 |
| b. Life | | $ | 50.00 |
| c. Health | | $ | 762.00 |
| d. Auto | | $ | 180.00 |
| e. Other ____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) **Property Taxes** | | $ | 258.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other **Est Car Payment** | | $ | 350.00 |
| c. Other ____ | | $ | 0.00 |
| d. Other ____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other **Daycare** | | $ | 350.00 |
| Other **Bank Service Fee** | | $ | 10.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 6,566.27 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I    $   4,813.94
b. Average monthly expenses from Line 18 above          $   6,566.27
c. Monthly net income (a. minus b.)                     $  -1,752.33

Official Form 6J (10/06)

In re  David Byron Pierce
       Hollie Dean Pierce                                             Case No. **07-11839**
                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Phone, Cable, Internet | $ 149.00 |
| 4-Cell Phones | $ 230.00 |
| **Total Other Utility Expenditures** | $ **379.00** |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Western District of Oklahoma

In re  David Byron Pierce
       Hollie Dean Pierce
                                Debtor(s)

Case No.  07-11839
Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __30__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  3/25/2010          Signature  /s/ David Byron Pierce
                                    Debtor

Date  3/25/2010          Signature  /s/ Hollie Dean Pierce
                                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.