IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                                 CHAPTER 13

DAVID BYRON PIERCE                  CASE NO. 07-11839 NLJ

SSN: XXX-XX-7154

_____
**NOTICE OF TERMINATION OF PAYROLL WITHHOLDING OF DEBTOR**
_____

AN "ORDER TO EMPLOYER TO PAY TO TRUSTEE" WAS PREVIOUSLY APPROVED BY UNITED STATES BANKRUPTCY COURT. THIS ORDER STATED THE AMOUNT TO BE WITHHELD FROM EACH PAY PERIOD OF THE DEBTOR REFERENCED ABOVE. PURSUANT TO THIS NOTICE, YOU ARE HEREBY NOTIFIED TO CEASE THIS DEDUCTION IMMEDIATELY UNTIL FURTHER NOTICE FROM THE TRUSTEE'S OFFICE.

FOWLER MOTORS INC

SHALL CEASE DEDUCTING FROM THE PAYMENTS OF:

DAVID BYRON PIERCE

ADDITIONALLY, THE EMPLOYER OR OTHER SAID PARTY SHALL REFUND TO THE DEBTOR ANY MONEY WHICH HE (SHE) MAY NOW HAVE ON HAND AS A RESULT OF SUCH WITHHOLDINGS. A COPY OF THIS NOTICE SHALL BE SENT TO THE EMPLOYER BY REGULAR MAIL.

/s/ John T. Hardeman
_____
CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

#680/RM