**Dated: May 04, 2010 14:58:44**
**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                              )
   DAVID BYRON PIERCE and       )    Case No. 07-11839 NLJ
   HOLLIE DEAN PIERCE,          )         Chapter 7
      Debtors.                  )

<u>**ORDER FOR RELIEF FROM THE**</u>
<u>**AUTOMATIC STAY AND ABANDONMENT OF PROPERTY**</u>

THIS matter comes before this Court upon Motion by American Honda Finance Corporation appearing by and through its attorney of record, Roger D. Everett, for relief from the automatic stay and abandonment of property as set forth in its Motion (Doc. #85) filed on April 16, 2010.

Upon representation of counsel, the Motion was served on all parties in interest pursuant to Local Bankruptcy Rule 9007 on April 16, 2010, and no objection has been served within the time to object, including applicable allowance of three days for mailing, which expired on the 2nd day of May, 2010.

IT IS THEREFORE ORDERED that the requested relief from the automatic stay imposed under Section 362 of the Bankruptcy Code is granted and the Trustee is directed to abandon the following described property:

2004 Honda Accord LX VIN#1HGCM456344A154504.

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) is waived and this order be effective upon entry.

APPROVED FOR ENTRY.

###

 s/Roger D. Everett
Roger D. Everett, OBA #2788
Everett, P.C.
508 W. Vandament, Suite 300
Yukon, Oklahoma 73099
(405) 350-0990
Attorney for American
    Honda Finance Corp.