Certificate Number: 02542-OKW-DE-011429555

Bankruptcy Case Number: 07-11839



02542-OKW-DE-011429555

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 24, 2010</u>, at <u>11:59</u> o'clock <u>PM CDT</u>, <u>David B Pierce</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Credit Counseling Service of Central Oklahoma</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Oklahoma</u>.

Date:   <u>June 24, 2010</u>            By:     <u>/s/Jon Vickers</u>

                                       Name:   <u>Jon Vickers</u>

                                       Title:  <u>Certified Consumer Credit Counselor</u>

Certificate Number: 02542-OKW-DE-011495614

Bankruptcy Case Number: 07-11839



02542-OKW-DE-011495614

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 30, 2010</u>, at <u>11:59</u> o'clock <u>PM CDT</u>, <u>Hollie D Pierce</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Credit Counseling Service of Central Oklahoma</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Oklahoma</u>.

Date:   <u>June 30, 2010</u>            By:    <u>/s/Jon Vickers</u>

                                       Name:  <u>Jon Vickers</u>

                                       Title: <u>Certified Consumer Credit Counselor</u>