UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re:   DAVID BYRON PIERCE                Case No.: 07-11839
         HOLLIE DEAN PIERCE

         Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

John Hardeman, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/31/2007.

2) This case was confirmed on 08/23/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/15/2009, 06/09/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/19/2008, 03/18/2009, 01/13/2010.

5) The case was converted on 03/30/2010.

6) Number of months from filing to the last payment: 34

7) Number of months case was pending: 37

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 268,196.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 81,498.60 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 81,498.60 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,908.42 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 3,457.80 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,366.22 |
| Attorney fees paid and disclosed by debtor | $ 300.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN HONDA FINAN | SECURED | 15,124.00 | 14,180.88 | 14,180.88 | 5,232.74 | 1,857.65 |
| HSBC/BEST BUY | SECURED | 1,200.00 | .00 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | 53,051.00 | 55,811.35 | .00 | 13,279.60 | .00 |
| LITTON LOAN SERVICIN | SECURED | 1,100.00 | 2,327.76 | 2,327.76 | 660.39 | 621.61 |
| LITTON LOAN SERVICIN | SECURED | 514.00 | .00 | 520.69 | 100.82 | 131.93 |
| SHAPIRO MARIANOS & C | UNSECURED | NA | .00 | .00 | .00 | .00 |
| BARCLAYS CAPITAL REA | SECURED | 211,000.00 | 230,325.59 | .00 | 44,512.60 | .00 |
| BARCLAYS CAPITAL REA | SECURED | 9,000.00 | 17,576.70 | 17,661.70 | 2,713.92 | 3,474.55 |
| BARCLAYS CAPITAL REA | SECURED | 1,486.00 | .00 | 2,228.55 | 387.72 | 358.85 |
| CHERYL GROB | PRIORITY | NA | .00 | .00 | .00 | .00 |
| STEVE FERGUSON | UNSECURED | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | .00 | .00 | .00 | .00 |
| OKLAHOMA TAX COMMISS | UNSECURED | NA | .00 | .00 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NA | .00 | .00 | .00 | .00 |
| AMERICAN HONDA FINAN | UNSECURED | 4,363.00 | .00 | .00 | .00 | .00 |
| ANCHOR REC MGT | UNSECURED | NA | .00 | .00 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | 999.00 | 999.80 | 999.80 | .00 | .00 |
| ARM | UNSECURED | NA | .00 | .00 | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | NA | .00 | .00 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 8,700.00 | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | .00 | 10,937.10 | 10,937.10 | .00 | .00 |
| BOB HOWARD | UNSECURED | 1,150.26 | .00 | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NA | .00 | .00 | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE | UNSECURED | NA | .00 | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,076.00 | 1,129.30 | 1,129.30 | .00 | .00 |
| CHASE | UNSECURED | NA | .00 | .00 | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 6,488.00 | 6,294.39 | 6,294.39 | .00 | .00 |
| COLLECTORS TRNING IN | UNSECURED | NA | .00 | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5,500.00 | 4,994.54 | 4,994.54 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 4,038.00 | 3,690.95 | 3,690.95 | .00 | .00 |
| FIRST USA | UNSECURED | 5,118.00 | .00 | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NA | .00 | .00 | .00 | .00 |
| GILBERT MEDICAL CLIN | UNSECURED | 85.00 | .00 | .00 | .00 | .00 |
| GREG MCCRACKEN | UNSECURED | 2,850.00 | .00 | .00 | .00 | .00 |
| HSBC | UNSECURED | 2,100.00 | .00 | .00 | .00 | .00 |
| HSBC NV | UNSECURED | NA | .00 | .00 | .00 | .00 |
| ROSS GELFAND | UNSECURED | NA | .00 | .00 | .00 | .00 |
| LOVE BEAL & NIXON | UNSECURED | NA | .00 | .00 | .00 | .00 |
| MCYDSNB | UNSECURED | NA | .00 | .00 | .00 | .00 |
| MICKEY HAMPTON | UNSECURED | 5,500.00 | .00 | .00 | .00 | .00 |
| NANCY COUCH | UNSECURED | 2,500.00 | .00 | .00 | .00 | .00 |
| NCC | UNSECURED | NA | .00 | .00 | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | NA | .00 | .00 | .00 | .00 |
| SEARS | UNSECURED | NA | .00 | .00 | .00 | .00 |
| SILVER COLLECTION SE | UNSECURED | NA | .00 | .00 | .00 | .00 |
| SYNERPRISE CONSULTIN | UNSECURED | NA | .00 | .00 | .00 | .00 |
| UNITED RECOVERY SYST | UNSECURED | NA | .00 | .00 | .00 | .00 |
| UNIVERSITY OF OKLA P | UNSECURED | 225.00 | .00 | .00 | .00 | .00 |
| VCS | UNSECURED | NA | .00 | .00 | .00 | .00 |
| WFNNB/VICTORIA | UNSECURED | NA | .00 | .00 | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NA | .00 | .00 | .00 | .00 |
| LAYLA J DOUGHERTY | UNSECURED | NA | .00 | .00 | .00 | .00 |
| BRICE VANDER LINDEN | UNSECURED | NA | .00 | .00 | .00 | .00 |
| FEDERATED RETAIL HOL | UNSECURED | NA | 848.21 | 848.21 | .00 | .00 |
| ANDREW GOLDBERG | UNSECURED | NA | .00 | .00 | .00 | .00 |
| ROSICKI ROSICKI & AS | UNSECURED | NA | .00 | .00 | .00 | .00 |
| DEBORAH BROOKS | UNSECURED | NA | .00 | 350.00 | 350.00 | .00 |
| DEBORAH BROOKS | UNSECURED | NA | .00 | 350.00 | 199.93 | .00 |
| DEBORAH BROOKS | UNSECURED | NA | .00 | 350.00 | 159.70 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | 57,792.20 | .00 |
| Mortgage Arrearage | 22,738.70 | 3,862.85 | 4,586.94 |
| Debt Secured by Vehicle | 14,180.88 | 5,232.74 | 1,857.65 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 36,919.58 | 66,887.79 | 6,444.59 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 1,800.00 | 1,800.00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | 1,800.00 | 1,800.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 28,894.29 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 6,366.22 |
| Disbursements to Creditors | $ | 75,132.38 |
| **TOTAL DISBURSEMENTS:** | $ | 81,498.60 |

   12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:   07/13/2010              /s/ John Hardeman
                                 John Hardeman, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**